## BRAINARD *against* PHILLIPS.

[2 Cowen's Rep. 440, S. C. by the title of *Philips* v. *Brainard.*]

Justice's re-
turn to certio-
rari taxed, on
affirmance of
judgment, in
the defendant's
bill of costs.

ON certiorari to a Justice's Court, the judgment was affirmed ; and the defendant had procured to be taxed in his bill of costs, the drawing and copying the return of the justice ; and a motion for re-taxation was moved for upon this ground, among others.

*Curia.*    The general practice has been to tax this item in the defendant's bill.    As to this,

Motion denied.

A motion had been made by the defendant to set aside the certiorari for irregularity, but denied without costs, which were also taxed as the defendant's general costs in the cause; and it was insisted that these were properly taxable, like the costs of a motion to change the venue, for a commission, reference, &c. But,

The People
v.
Judges of Onondaga.

*Per Curiam.* They do not stand upon the same ground. The cases mentioned are necessary steps in the ordinary course of the cause. Here was a motion improperly made. It was, to be sure, denied without costs; probably under some peculiar circumstances in the case, by which our discretion as to costs was guided. These, however, were finally disposed of upon the motion. As to this,

Where a motion to set aside a certiorari is denied without costs, these are not taxable as a part of the defendant's general costs, upon affirmance.

Re-taxation ordered.

*M. Brainard*, for the motion.

*J. A. Spencer*, contra.